UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONE TAURUS 9MM HANDGUN
SERIAL No. TTH51265 WITH A
MAGAZINE AND NINE CARTRIDGES,

    Defendants.
_____/



## VERIFIED COMPLAINT FOR FORFEITURE IN REM

Plaintiff United States of America hereby files this Complaint for Forfeiture *in Rem*.

1. This is a civil action for forfeiture *in rem* of One Taurus 9 mm, Serial No. TTH51265 with a magazine and nine cartridges ("defendant weapon and ammunition").

2. This Court has jurisdiction and venue over this action pursuant to 28 U.S.C. §§ 1345, 1355(a), (b)(1), 1395 and 2461, in that the defendant weapon and ammunition were seized in the Southern District of Florida and will remain within the District during the pendency of this action.

3. The United States seeks forfeiture of the defendant weapon and ammunition pursuant to 21 U.S.C. § 881 (a)(11) for a violation of 21 U.S.C. § 841 (a) and (b) and 28 U.S.C. § 2466 (a), the fugitive disentitlement doctrine.



## FACTS GIVING RISE TO FORFEITURE

4. On April 21, 2003 DEA agents arrested Carlos Ceballos ("Ceballos") in possession of 3 kilorams of heroin at his residence. Prior to his arrest, Cebellos had informed a DEA source that he could provide multiple kilograms of heroin to the source.

5. At the time of his arrest, DEA agents seized defendant handgun and ammunition located at Ceballos' residence.

6. On May 30, 2003 a Grand Jury sitting in the Southern District of Florida returned an indictment against Carlos Ceballos and a co-defendant, *United States v. Carlos Ceballos*, et. al., 03-20433-Cr-Lenard.

7. The indictment included a forfeiture count which alleged that the defendant handgun, One Tarus 9 mm handgun, Serial No. TTH51265 with a magazine and nine cartridges were subject to forfeiture as property firearm used or intended to be used to facilitate the illegal drug transaction.

8. On or about May 2003 Ceballos was released on bond. He has fled the jurisdiction and remains a fugitive.

## COUNT I

9. Plaintiff realleges paragraphs 1 through 8 above as if fully set forth herein.

10. Based on the foregoing, the defendant gun was used or intended to be used to facilitate the sale of a controlled substance, heroin, in violation of Title 21, United States Code, Section 801, *et seq.*, and is thereby forfeit to the United States pursuant to Title 21, United States Code, Section 881(a)(11), as amended by the Civil Asset Forfeiture Reform Act of 2000 Title 18, United States Code, Section 983.

11. Pursuant to Title 28, United States Code, Section 2466(a) a judicial officer may disallow a person from using the resources of the Courts of the United States in the furtherance of a claim in any related civil forfeiture action or a claim in third party proceedings in any related criminal forfeiture action upon a finding that such person is after notice or knowledge of the fact that a warrant or process has been issued for his apprehension, in order to avoid criminal prosecution purposely leaves the jurisdiction of the United States; declines to enter or reenter the United States to submit to its jurisdiction; or otherwise evades the jurisdiction of the court in which a criminal case is pending against the person; and is not confined or held in custody in any other jurisdiction for commission of criminal conduct in that jurisdiction.

12. Carlos Ceballos, the criminal defendant from whom the defendant handgun and ammunition were seized, remains a fugitive. Thus, the defendant handgun and ammunition are also forfeitable to the United States pursuant to the fugitive disentitlement provision of Title 28, United States Code, Sec. 2466 (a).

WHEREFORE, the United States of America prays that process issue to bring the defendant handgun within the jurisdiction of this Court by warrant of arrest *in rem*; that notice issue to all parties in interest to appear upon the return day of such process and duly intervene herein by claim and plea; that the defendant handgun be condemned as forfeit to the United States of America; that an order for property disposal for the same be issued according to law; all

pursuant to Title 21, United States Code, Section 881(a)(11) as amended by the Civil Asset Forfeiture Reform Act of 2000; and that the Plaintiff be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _/s/ Lornette A. Reynolds_
LORNETTE A. REYNOLDS
ASSISTANT U.S. ATTORNEY
FLA. BAR NO. 0035955
99 NE 4TH STREET
MIAMI, FLORIDA 33132
TEL.  (305) 961-9294
FAX.  (305) 536-7599
Lornette.Reynolds@Usdoj.Gov

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that I have read the foregoing Complaint for Forfeiture in Rem and state that the contents are true to the best of my knowledge and belief.

Executed on this 23 day of November 2004.

BRIAN MCKNIGHT
SPECIAL AGENT, DEA

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

04-

CIV-SEITZ

MAGISTRATE
BANDSTRA

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
One Taurus 9mm Handgun Serial No. TTH51265 with a magazine and nine cartridges

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
AUSA Lornette A. Reynolds
U.S. Attorney's Office
99 NE 4th Street, 7th Floor
(305) 961-9294

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 2 U.S. Government Defendant
- 3 Federal Question (U.S. Government Not a Party)
- 4 Diversity (Indicate Citizenship of Parties in Item III)

Dade 1:04CV22969/Seitz/TEB

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - Med. Malpractice | B 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | B 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | B 630 Liquor Laws | A PROPERTY RIGHTS | B 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | PERSONAL PROPERTY | B 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 370 Other Fraud | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| B 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 371 Truth in Lending | B 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| B 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 380 Other Personal Property Damage | B 690 Other | B SOCIAL SECURITY | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 385 Property Damage Product Liability | A LABOR | 861 HIA (1395ff) | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | | 710 Fair Labor Standards Act | 862 Black Lung (923) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 863 DIWC/DIWW (405(g)) | 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | 730 Labor/Mgmt. Reporting & Disclosure Act | 864 SSID Title XVI | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | B 510 Motions to Vacate Sentence | 740 Railway Labor Act | 865 RSI (405(g)) | 894 Energy Allocation Act |
| B 220 Foreclosure | 442 Employment | HABEAS CORPUS: | 790 Other Labor Litigation | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | B 530 General | 791 Empl. Ret. Inc. Security Act | A 870 Taxes (U.S. Plaintiff or Defendant) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | A 535 Death Penalty | | A 871 IRS - Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 440 Other Civil Rights | B 540 Mandamus & Other | | | 890 Other Statutory Actions |
| 290 All Other Real Property | | A 550 Civil Rights | | | A OR B |
| | | B 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

21 U.S.C. § 841(a) and 28 U.S.C. § 2466

LENGTH OF TRIAL
via _____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: YES  NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE  DOCKET NUMBER

DATE  SIGNATURE OF ATTORNEY OF RECORD
11-24-04
FOR OFFICE USE ONLY

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

This form was electronically produced by Elite Federal Forms, Inc.